# EXHIBIT "A"

GILL & CHAMAS, L.L.C.
By: Raymond A. Gill, Jr., Esq. (#025191977)
655 Florida Grove Road - P.O. Box 760
Woodbridge, NJ 07095
(732) 324-7600
Attorney for Plaintiff(s)

|  |  |
|---|---|
| MARTIN BERLINSKI and MARGARET MCLAUGHLIN, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: OCEAN COUNTY DOCKET NO.: OCN-L-965-15 |
| Plaintiffs, | Civil Action |
| vs. | SUMMONS |
| API OUTDOORS; GLOBAL MANUFACTURING COMPANY, LLC; BGHA, INC., et al, | |
| Defendants, | |

From the State of New Jersey
to the Defendant(s) named above:       **GLOBAL MANUFACTURING CO., LLC**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee^ payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the legal services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: April 22, 2015

/s/ michelle M. Smith

Clerk, Superior Court of New Jersey

Name of Defendant to be Served:        Global Manufacturing Co., LLC
Address of Defendant to be Served:    1905 1st Avenue North
                                                              Windom, MN 56101

$105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER    NJ 08754

COURT TELEPHONE NO. (732) 929-2016          TRACK ASSIGNMENT NOTICE
COURT HOURS 8:30 AM - 4:30 PM

                    DATE:  APRIL 06, 2015
                    RE:    BERLINSKI VS ABI OUTDOORS
                    DOCKET: OCN L-000963 15

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON MARK A. TRONCONE      002

AT:  IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
     (732) 929-4772 EXT 4772.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

                    ATTENTION:
                              ATT: RAYMOND A. GILL
                              GILL & CHAMAS
                              655 FLORIDA GROVE RD
                              PO BOX 760
                              WOODBRIDGE        NJ 07095

JUANEE

Appendix XII-B1

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Raymond A. Gill, Jr., Esq. | (732) 324-7600 | Ocean |

FIRM NAME (if applicable)
Gill & Chamas, LLC

DOCKET NUMBER (when available)
*L 8965-15*

OFFICE ADDRESS

655 Florida Grove Road, P.O. Box 760
Woodbridge, NJ 07095

DOCUMENT TYPE
Complaint

JURY DEMAND   ☒ YES   ☐ NO

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Martin Berlinski, Plaintiff | Berlinski v. API Outdoors, et al |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ☒ NO |
|---|---|---|
| 605 | ☐ YES   ☒ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

RELATED CASES PENDING?
☐ Yes   ☒ No

IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES
(arising out of same transaction or occurrence)?
☐ Yes   ☒ No

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)
☐ NONE
☒ UNKNOWN

---

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: | | |
|---|---|---|---|
| ☐ Yes   ☒ No | ☐ EMPLOYER/EMPLOYEE | ☐ FRIEND/NEIGHBOR | ☐ OTHER (explain) |
| | ☐ FAMILIAL | ☐ BUSINESS | |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES   ☒ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR
ACCELERATED DISPOSITION

None known

APR - 1 2015

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ Yes   ☒ No | |
| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
| ☐ Yes   ☒ No | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be
redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

Effective 09-19-2013, CN 10517 English

page 1 of 2



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4:5-1*

CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | BOOK ACCOUNT (debt collection matters only) |
| 505 | OTHER INSURANCE CLAIM (including declaratory judgment actions) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM (coverage issues only) |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 512 | LEMON LAW |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (summary action) |
| 999 | OTHER (briefly describe nature of action) |

**Track II - 300 days' discovery**
| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 599 | CONTRACT/COMMERCIAL TRANSACTION |
| 603N | AUTO NEGLIGENCE -- PERSONAL INJURY (non-verbal threshold) |
| 603Y | AUTO NEGLIGENCE -- PERSONAL INJURY (verbal threshold) |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE -- PROPERTY DAMAGE |
| 621 | UM or UIM CLAIM (includes bodily injury) |
| 699 | TORT -- OTHER |

**Track III - 450 days' discovery**
| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 602 | ASSAULT AND BATTERY |
| 604 | MEDICAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
| | |
|---|---|
| 156 | ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION |
| 303 | MT. LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 513 | COMPLEX CONSTRUCTION |
| 514 | INSURANCE FRAUD |
| 620 | FALSE CLAIMS ACT |
| 701 | ACTIONS IN LIEU OF PREROGATIVE WRITS |

**Multicounty Litigation (Track IV)**
| | | | |
|---|---|---|---|
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 289 | PRUDENTIAL TORT LITIGATION |
| 271 | ACCUTANE/ISOTRETINOIN | 290 | REGLAN |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 291 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 278 | ZOMETA/AREDIA | 292 | PELVIC MESH/GYNECARE |
| 279 | GADOLINIUM | 293 | PELVIC MESH/BARD |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295 | DEPUY ASR HIP IMPLANT LITIGATION |
| 282 | FOSAMAX | 296 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 284 | NUVARING | 297 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 601 | MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 623 | ASBESTOS |
| 287 | YAZ/YASMIN/OCELLA | | PROPECIA |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

Please check off each applicable category  ☐ Putative Class Action  ☐ Title 59

Gill & Chamas, L.L.C
*By: Raymond A. Gill, Jr., Esq. (#025191977)*
P.O. Box 760
655 Florida Grove Road
Woodbridge, New Jersey 07095
732-324-7600
732-324-7606 (fax)

*Attorneys for Plaintiffs*

RECEIVED & FILED

APR - 1 2015

SUPERIOR CT., OCEAN

| | |
|---|---|
| MARTIN BERLINSKI and MARGARET BERLINSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>API OUTDOORS; GLOBAL MANUFACTURING COMPANY, LLC; BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES; THE SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S GUIDE; JOHN DOES 1 – 10 (said names fictitious, real names unknown), individually, and as agents, servants, and/or employees of API OUTDOORS, GLOBAL MANUFACTURING COMPANY, LLC, BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES, and/or THE SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S GUIDE; ABC CORPS. 1 – 10 (said names fictitious, real name unknown); RICHARD ROES 1 – 10 (said names fictitious, real names unknown), individually, and as agents, servants, and/or employees of ABC CORPS. 1 – 10,<br><br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>OCEAN COUNTY<br><br>DOCKET NO.: OCN-L- 965-15<br><br>Civil Action<br><br>COMPLAINT AND JURY DEMAND |

The Plaintiffs, Martin Berlinski and Margaret Berlinski, residing at 213 Teaneck

Road, Township of Barnegat, County of Ocean, State of New Jersey, by way of Complaint

against the defendants, says:

JURISDICTION

1.      The defendants, API OUTDOORS and GLOBAL MANUFACTURING

COMPANY, LLC;, are licensed corporations that do business in Cottonwood County,

Minnesota, and distributes products throughout the United States including Ocean County.

2.      The subject API OUTDOORS tree stand which forms the basis of this complaint

was purchased from THE SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S

GUIDE; a catalog mailed from So. St. Paul, MN and throughout the United States, inclusive

of Ocean County.

3.      The defendant, THE SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S

GUIDE is a licensed corporation that does business in Dakota County, Minnesota.

4.      The defendant, THE SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S

GUIDE, sent catalogs containing information about the subject API OUTDOORS tree

stand which forms the basis of this complaint to the plaintiff's home in Ocean County, New

Jersey.

5.      The defendant, THE SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S

GUIDE, by and through the use of its catalog, sold the subject API OUTDOORS tree

stand product which ultimately failed and caused injury to plaintiff, Martin Berlinski.

6.      The defendants API OUTDOORS; GLOBAL MANUFACTURING COMPANY,

LLC; BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES; THE

SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S GUIDE; engaged in continuous

and systematic contacts with Ocean County, New Jersey through their mailing of catalogs,

and advertising.

7.      The plaintiff, Martin Berlinski, was injured by the aforementioned defective tree

stand on or about September 24, 2014, while using it in a usual and customary fashion in

Ocean County, New Jersey.

2

8      Therefore, venue is properly laid in Ocean County Superior Court.

## FIRST COUNT

1.      The defendants, API OUTDOORS, GLOBAL MANUFACTURING COMPANY, LLC; BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES; and/or ABC CORPS. 1 – 10 (said names fictitious, real name unknown) are corporations licensed to do business in the State of Minnesota, that which manufactured and placed into the stream of commerce a hunting tree stand product under the API OUTDOORS brand, specifically known as API OUTDOORS Aluminum Marksman Climber Tree Stand, Model Number GCL 300A, Serial Number 9G-0114.

2.      The aforesaid defendants through their agents, servants and/or employees JOHN DOES 1 – 10 (said names fictitious as real names unknown), being licensed professionals and/or unlicensed personnel including, but not limited to its designers and engineers, individually, and as agents, servants, and/or employees of API OUTDOORS; GLOBAL MANUFACTURING COMPANY, LLC; BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES; and/or ABC CORPS. 1 – 10, placed into the stream of commerce the aforementioned consumer tree stand which was not reasonably fit, suitable, or safe for its intended purposes because: (a) it was defectively designed; (b) it was defectively manufactured; and/or (c) it did not contain adequate warnings or instructions with respect to its use for purposes of safety.

3.      On or about September 24, 2014, the plaintiff, Martin Berlinski was using the aforementioned tree stand product in its' customary and foreseeable fashion when it suddenly and without warning, failed, causing plaintiff to fall fifteen feet and sustain severe and permanent personal injuries.

3

4.      The aforesaid defendants are liable for the aforesaid incident based upon the theory of strict liability in tort pursuant to the New Jersey Products Liability Act, N.J.S. 2A:58-(c), et seq.

5.      As a direct and proximate result of the negligence, recklessness, and/or carelessness of the aforementioned defendants, and for any and all violations of the New Jersey Products Liability Act, the plaintiff, Martin Berlinski has and will in the future suffer pain, suffering, disabilities, impairments, loss of enjoyment of life;  Plaintiff has and will in the future be forced to expend large sums of money for medical care and attention; and Plaintiff has and will in the future be unable to pursue his normal activities of daily living as before.

    WHEREFORE, the plaintiff, Martin Berlinski demands judgment against the defendants, either jointly, severally or in the alternative, for damages together with interest and costs of suit.


## SECOND COUNT

1.      The plaintiff, Martin Berlinski repeats and realleges each and every allegation of the First Count herein and makes the same a part hereof by reference thereto.

2.      The defendants, API OUTDOORS, GLOBAL MANUFACTURING COMPANY, LLC; BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES; THE SPORTSMAN'S GUIDE, INC., d/b/a SPORTSMAN'S GUIDE; and/or ABC CORPS. 1 -- 10, placed the aforementioned tree stand product in the stream of commerce with warranties of fitness for the particular purpose for which it was designed and/or constructed.

3.      The aforesaid defendants, through their agents, servants and/or employees JOHN DOES 1 -- 10 (said names fictitious as real names unknown, being licensed professionals and/or unlicensed personnel including, but not limited to its designers and engineers),

individually, and as agents, servants, and/or employees of API OUTDOORS, GLOBAL MANUFACTURING COMPANY, LLC; BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES; and/or ABC CORPS. 1 – 10, negligently and/or carelessly designed and/or constructed said consumer tree stand product with inappropriate materials for its intended application.

4.    The aforesaid defendants breached said warranties in the manner in which said consumer tree stand  product was defectively designed and/or constructed which defects were the proximate cause of the injuries to the plaintiff.

5.    As a direct and proximate result of the negligence, recklessness, and/or carelessness of the aforementioned defendants, the plaintiff has and will in the future suffer pain, suffering, disabilities, impairments, loss of enjoyment of life;  Plaintiff has and will in the future be forced to expend large sums of money for medical care and attention; and Plaintiff has and will in the future be unable to pursue his normal activities of daily living as before.

WHEREFORE, the plaintiff, Martin Berlinski demands judgment against the aforementioned Defendants, either jointly, severally, or in the alternative, for damages together with interest and costs of suit.

### THIRD COUNT

1.    The plaintiff, Martin Berlinski repeats and realleges each and every allegation of the First and Second Count herein and makes the same a part hereof by reference thereto.

2.    The defendants, API OUTDOORS, GLOBAL MANUFACTURING COMPANY, LLC; BGHA, INC. d/b/a BIG GAME HUNTING ACCESSORIES; and/or ABC CORPS. 1   10, breached warranties of fitness and merchantability both express and implied when the consumer tree stand product in question was manufactured and placed into the stream of commerce with a defective design and/or manufacturer causing it to be dangerously defective.

3.    The aforesaid defendants are responsible for the breach of warranties both express and implied of fitness and merchantability as a matter of strict liability in tort pursuant to N.J.S.A. 2A:58(c)-2, et seq.

4.    As a direct and proximate result of the negligence, recklessness, and/or carelessness of the aforementioned defendants, the plaintiff has and will in the future suffer pain, suffering, disabilities, impairments, loss of enjoyment of life;  Plaintiff has and will in the future be forced to expend large sums of money for medical care and attention; and Plaintiff has and will in the future be unable to pursue his normal activities of daily living as before.

WHEREFORE, the plaintiff, Martin Berlinksi demands judgment against the aforementioned Defendants, either jointly, severally, or in the alternative, for damages together with interest and costs of suit.

## FOURTH COUNT

1.    Plaintiff Margaret Berlinski repeats and re-alleges each and every paragraph of the First, Second, Third Counts and makes the same a part hereof by reference thereto.

2.    At all times relevant herein the Plaintiff, Margaret Berlinski, was and is the lawful wife of the Plaintiff, Martin Berlinski, and as such is entitled to his services, society, care, companionship, and consortium.

3.    As a direct and proximate cause of the negligence of all of the defendants, as aforesaid, the Plaintiff Margaret Berlinski, has lost and will in the future lose the services, society, care, companionship, and consortium of her husband, the Plaintiff, Martin Berlinski.

WHEREFORE, Plaintiff, Margaret Berlinski, hereby demands Judgment against the defendants herein for damages, either jointly, severally, or in the alternative, together with interest and costs of suit.

6

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all issues.


## NOTICE OF DESIGNATION OF TRIAL COUNSEL

**PLEASE TAKE NOTICE** that pursuant to the Rules of Court, Raymond A. Gill,

Jr., Esq. is hereby designated as trial counsel of the within matter.


GILL & CHAMAS, L.L.C.
Attorneys for Plaintiffs


By:  _____

RAYMOND A. GILL, JR.

DATED:  March 26, 2015

## CERTIFICATION PURSUANT TO R. 4:5-1

I, RAYMOND A. GILL, JR., ESQ., hereby certify as follows:

1.      I am an attorney at law of the State of New Jersey and am the senior partner of the firm of Gill & Chamas, LLC., and, as such, am fully familiar with same.

2.      To the best of my knowledge, confirmation and belief, there is no other action pending about the subject matter of this Complaint in the Superior Court of New Jersey, Law Division, Ocean County. Additionally, there are no other persons known to me who should be added as parties to this matter, nor are there any other actions contemplated.

3.      I do hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

GILL & CHAMAS, LLC
Attorneys for Plaintiffs

By: _____
RAYMOND A. GILL, JR.

DATED: March 26, 2015

8