UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARTIN BERLINSKI and                        :        Civil Action No.  3:15-cv-03480-AET-LHG
MARGARET BERLINSKI                          :
API OUTDOORS, et al.                        :
                                            :
                                            :
                                            :

DISCLOSURE STATEMENT

The undersigned counsel for  Defendant BGHA, Inc. d/b/a Big Game Hunting Accessories certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

**OR**

[x] x  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____                    CLARK HILL PLC
Signature of Attorney                              Name of Firm

 Lisa Carney Eldridge, Esq.                         2005 Market Street, Suite 1000
Print Name                                         Address

 May 27, 2015                                       Philadelphia, PA  19103
Date                                               City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.            DNJ-CMECF-005 (5/2/08)