# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

MARTIN AND MARGARET BERLINSKI  :  Civil Action No. 3:15-CV-03480-AET-LHG

:

v.  :

API OUTDOORS, et al.  :

:

**DISCLOSURE STATEMENT**

The undersigned counsel for Global Manufacturing Company, LLC,

certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____  Weber Gallagher Simpson Stapleton Fires & Newby, LLP

Signature of Attorney           Name of Firm

Matthew G. Laver               2000 Market Street, 13th Floor

Print Name                     Address

May 28, 2015                   Philadelphia, PA 19103

Date                           City/State/ZIP Code